**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Carol A. Wilson, Administrator, et al. | : | |
| | : | Case No. 2:16-CV-60 |
| | : | |
| Plaintiffs, | : | Judge Frost |
| | : | |
| v. | : | Magistrate Judge Deavers |
| | : | |
| J-Way Leasing & Marine LLC | : | |
| | : | |
| | : | |
| Defendant. | : | |

### DEFAULT JUDGMENT ENTRY

This matter is before the Court upon Plaintiffs' Motion for Default Judgment. Upon consideration of the foregoing, the Court finds that Defendant is in default for failure to plead to the Complaint and that a default judgment is authorized and appropriate pursuant to Rule 55(b)(1) of the Federal Rules of the Federal Rules of Civil Procedure.

It is therefore **ORDERED** and **ADJUDGED** that judgment is entered in favor of Plaintiffs, Carol A. Wilson, et al., and against Defendant J-Way Leasing & Marine LLC as follows:

1. Audit findings/delinquent contributions for the period March 1, 2013 to July 1, 2015 in the amount of $3,315.52;

2. Interest in the amount of $723.42 calculated to April 15, 2016, plus $1.64 per day thereafter as long as the judgment remains unpaid;

3. Statutory interest in the amount of $723.42 calculated to April 15, 2016, plus $1.64 per day thereafter as long as the judgment remains unpaid;

4. Attorney fees in the amount of $1,300.00 and court costs in the amount of $400.00.

/s/ GREGORY L. FROST
_____
GREGORY L. FROST
UNITED STATES DISTRICT COURT JUDGE